Pearson, J.
 

 When this case was before us at August Term, 1850, it was decided against the plaintiff, upon the ground, that no connection had been shown between him and Jones. We think that objection is now fully met by the two deeds, which were read in evidence. By them Jones is made a privy in estate with the plaintiff; and this case is the ordinary one of a purchaser, who brings ejectment, on the demise of the bargainor, to obviate an objection, on account of an adverse possession at the execution of the deed.
 

 The bargainee is a privy in estate, and has the right to use- the name of the bargainor to effect a recovery, and to take possession in his name.
 

 Per Curiam. Judgment reversed, and
 
 venire de
 
 novo.